

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,434

### EX PARTE GEORGE ALVAREZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 05-CR-2032-C IN THE 197th DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault on a public servant and sentenced to eight years' imprisonment. He did not appeal his conviction.

Applicant contends, *inter alia*, that he is actually innocent based upon newly discovered evidence. Specifically, the Applicant contends newly discovered video evidence reflects that the complainant in this case fabricated the charges and that Applicant did not commit the offense of assault on a public servant.

The trial court has entered findings of fact addressing Applicant's claims. Based upon these findings of fact, and our own independent examination of the record, we find that Applicant is actually innocent of committing the offense in this cause and that he is entitled to relief. *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002).

Relief is granted. The judgment in Cause No. 05-CR-2032-CR in the 197th Judicial District Court of Cameron County is set aside, and Applicant is remanded to the custody of the sheriff of CAMERON County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: October 13, 2010
Do Not Publish